# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS OMOLLO, :

    Petitioner : CIVIL ACTION NO. 3:17-1039

v :

                            (JUDGE MANNION)

WARDEN, YORK COUNTY PRISON;

    Respondents :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Respondent's motion for Reconsideration of this Court's October 30, 2017 Order, granting Petitioner a bond hearing (Doc. 8) is **GRANTED**.

2. The Clerk of Court is directed to **VACATE** this Court's October 30, 2017 Order.

3. The above captioned petition for writ of habeas corpus is **DISMISSED** as moot.

4. The above captioned action is to remain **CLOSED** for the reasons set forth in the Court's Memorandum of this date.

                            s/ *Malachy E. Mannion*
                            **MALACHY E. MANNION**
                            **United States District Judge**

**Dated: May 18, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1039-01-ORDER.wpd